*Stephen H. Boughton v. David Allen.* H. HUMPHREY, for appellant; J. W. GILBERT, for respondent. Decree appealed from reversed, and bill dismissed with costs; but without prejudice to the complainant's rights in any future litigation.

*Alric Hubbell et al. v. James Cramp et al.* M. T. REYNOLDS, for appellant; R. W. PECKHAM, for respondents. Order appealed from reversed, with costs; and injunction dissolved.

*Richard A. Varick et al. v. Ogden E. Edwards et al.* S. A. FOOT and H. E. EDWARDS, for appellant; G. WOOD and W. S. JOHNSON, for respondents. Decree appealed from affirmed with costs.

*Abraham Harrington v. Edmund B. Bigelow.* A. BECKER and O. L. BARBOUR, for complainant; J. RHOADES and S. CRIPPEN, for defendant. Application to open order to close proofs, and for leave to examine other witnesses granted, upon terms, and restricting examination to points specified, and complainant also allowed to furnish the names of other witnesses, and to examine them as to any matters testified to by defendant's new witnesses. Order opening proofs to be upon condition that defendant within twenty days, pays complainant $15 for costs of opposing motion. If not paid, application to be denied with costs to be taxed.